CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.: 7:18CR57 |
| v. ) | |
| ) | |
| SHAROCK DEMETRIUS STARKEY ) | |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the above-captioned indictment be sealed.

1. The government states that the disclosure of the above-captioned indictment would jeopardize the investigation and capture of the defendant.

2. The government requests that the indictment be sealed for 30 days or until the arrest of the defendant, whichever is sooner.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: December 13, 2018

R. Andrew Bassford
Assistant United States Attorney